# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**GINO CICERCHIA,**
Appellant,

v.

**KRISTIN KAY CICERCHIA,**
Appellee.

No. 4D21-3578

[October 13, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Karen M. Miller, Judge; L.T. Case No. 502018DR4129XXXXNB.

John F. Schutz of John F. Schutz, PL, Palm Beach Gardens, for appellant.

Peter J. Trombadore of The Trombadore Law Firm, PLLC, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

WARNER, CIKLIN and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***